# EXHIBIT 1-A

**EXHIBIT 1-A**

# A COMPLAINT

Complainant:   Byung Gil Lee

　　　　　　　Resident Registration No. : 721220-1235646

　　　　　　　Address: Park Rio 223-dong #2701, Shinchon-dong, Songpa-gu, Seoul

　　　　　　　Contact Point: 011-729-8573

Defendant:

　　　1) Jong Mal Ha (Resident Registration No.:560624-1895311)

　　　　　Address in Korea: Jookhyun Maeul, Dongwon Royal Duke Unit #303-17031271

　　　　　　　Bojung-dong, Kiheung-gu, Kyunggi-do

　　　　　Address in U.S.: 8101 W. Flamingo Rd., #2067, Las Vegas, NV 89147

　　　　　Contact number: 1-213-280-5500

　　　2) Jong Won Ha (Resident Registration No.: 470604-1896311)

　　　　　Address in Korea Jookhyun Maeul, Dongwon Royal Duke Unit #303-17031271

　　　　　　　Bojung-dong, Kiheung-gu, Kyunggi-do

　　　　　Contact number: 010-3582-5736

　　　　　　　　　　　　010-2599-6963

　　　3) Jung Sun Yoon (Resident Registration No.: 640803-            )

　　　　　Address in U.S.: 8101 W. Flamingo Rd., #2067, Las Vegas, NV 89147

　　　　　Contact number: 1-213-703-9385

4)  Deuk Soon Park (Resident Registration No.:          )
    Address: Top Maeul Sun Kyung #101-201, Boondang-gu, Sungnam City, Kyunggi-do
    Contact number:

## Purpose of Complaint

This complaint is filed against the defendant Jong Mal Ha and said 2) Jong Won Ha for violations (fraud) subject to Aggravated Punishment concerning Certain Economic Crimes, and for violations of Foreign Currency Exchange Laws.  A thorough investigation and severe punishment are requested.

## Facts of Crime

### A. Violations subject to Aggravated Punishment Concerning Certain Economic Crimes (Fraud)

The Suspect 1) Jong Mal Ha, who does not have any established occupation, is engaged in a *rolling* business, engaging in an illegal currency exchange business [providing services to] to those who came to Las Vegas from Korea in order to gamble. The said Suspect 2) Jong Won Ha, who also does not have any established occupation, is the older brother and an accomplice of said defendant Jong Mal Ha: they conspired together.

1)   On October 3, 2007, [he claimed to]the victim at the Palazzo Hotel, "As a U.S. citizen, I made a lot of money operating an academy for overseas study, operated two golf clubs in Thailand, holding a large piece of land in the State, in Arizona… my grandfather was a tree-time elected Korean House Representative as a member of New People's Party,  My father-in-law, the father of my wife Jung Sun Yoon, was the Governor of Kyunggi Province.  He need to pay a deposit of $500,000.00 to Palazzo Hotel in order gain influence in the hotel, and if you loan me that amount of money, he can help secure you as the vendor  to supply huge amount of products (bathroom supplies etc.) to Palazzo Hotel, which has 7,300 guest rooms, and also to its subsidiary facilities. "With such a

beguiling statement, he collected and defrauded in ₩458,500,000 won through a on party to the suit, Bong Boon Han on October 16 of the same year at the Bundang-gu, Sungnam City, Kyunggi-do address; and at the above officetel not having a business name, ₩18,500,000 won through a non–party to the suit, Sung Lim Lee, totaling ₩477,000,000 won from the beguiled victims.

2) October 26 of the same year, the said suspect 2) Jong Won Ha collected and defrauded an amount of 90,000,000 won by fraud in front of the Kyunggi High School located in Samsung-dong, Seoul, in the said manner as in paragraph 1).

3) Around the end of October of the same year, the suspect 1) Jong Mal Ha called the victim and said a lie, "The Hotel supply prospect is going smoothly but an additional amount of three hundred million won is needed, and if your loan this amount to me, it will be paid back later." And said 2) Jong Won Ha collected and defrauded an amount of 300,000,000 won at the parking lot of Hanaro Mart in Bundang-gu, Sungnam City, Kyunggi-do on November 2, of the same year.

4) On or around January 18, 2008 the suspect 1) Jong Mal Ha demanded a loan of one hundred million won [converted to] U.S. Dollars and said 2) Jong Won Ha collected and defrauded an amount of one hundred million won from the beguiled victim on or around January 25 of the same year.

5) On and around February 1, 2008 the suspect 1) Jong Mal Ha telephoned the victim and asked for an additional loan of 250,000,000 won in case the [victim] had prepared a fund for the hotel supply business and, took and defrauded the beguiled victim. Said 2) Jong Won Ha collected and defrauded an amount of 250,000,00 from the victim.

6) In or around early part of March, 2008 the suspect 1) Jong Mal Ha telephoned the victim in the same manner as in paragraph 1) and lied, "This is the last time and if a loan of four hundred million won is given it will be paid back after just a week," and said 2) Jong Won Ha collected and defrauded an amount of 400,000,000 million won from the beguiled victim through a third party Hyun Ja Lim (019-216-0831) at the Jandiro Golf Wear on the 4th floor of Kim's Club in Yatop-dong,

Bundang-gu, Sungnam City, Kyunggi-do on or around March 6 in the same year, mounting to a grand total of 1,617,000,000million won that was collected in fraud.

## B. Violation against the Foreign Currency Exchange Law

The suspect 1) Jong Mal Ha was engaged in a so-called rolling business doing illegal currency exchange for those who came to Las Vegas from Korea in order to gamble   Said 2) Jong Won Ha without having any established occupation, is older Jong Mal Ha's older brother.

Those who intend to do foreign money exchange business have to have a sufficient capital, facility and professional work force in order to operation the foreign money exchange business and are obliged to register in advance with the Ministry of Finance and Economy.  Nevertheless, whilst unregistered, they conspired to collect the service fees and make profit out of the difference in the foreign money exchange from those Koreans from Korea who desire to transfer money to Korea subsequent to their gambling in Las Vegas, U.S.

Under the stipulation to divide the roles, the suspect 2) Jong Won Ha was to [operate] at the times and place aforementioned in said Facts of Crime; and the suspect 1) Jong Mal Ha was to [operate] in the U.S. Las Vegas casinos.  suspect 1) Jong Mal Ha would gather the casino users who are unable to send the gambling [win] money to Korea after gambling in the U.S. Las Vegas,, would receive from them order to send money.  Then he would notify  suspect 2) Jong Won Ha, who would deliver the corresponding amount in Korean won to the designated persons in Korea.  The U.S. dollars received from the senders would be kept by the suspect 1) Jong Mal Ha, who would pay the U.S. dollars to the persons designated in Las Vegas by someone desiring to illegally transfer the funds to spend in Las Vegas when such order is received.  They would collect service  fees from each client requesting transfer of funds.  Over six times, in the said method as in Paragraph A, a total amount of 1,617,000,000won of payments were made between Korea and a foreign country and thus they engaged in  unregistered illegal practices of foreign currency exchange.

## Description of Complaint

[The complainant] was offered a partnership [opportunity] to jointly operate Red Mango (a fusion ice cream store) from a non-party to the suit Sung Lim Lee in or around March 2007. They decided to start the business in Las Vegas and the complainant transferred the first $50,000 of the total capital of $300,000 on June 25, 2007 through the Kook Min Bank of Korea along with the certificate of business registration and business plan.

The Red Mango business [project] did not progress well, and time was passing by, so he asked for the refund of his investment funds. Then Sung Lim Lee suggested that the complainant to visit the United States and so he visited United States from June 26, 007 to July 3, 2007. At that time, Sung Lim Lee showed him the future business location of the Red Mango and at the same time told him that he was going to do an even better business, and asked the complainant for a loan of one hundred thousand dollars on top of the money [already] given for investment offering a 6% interest. Since the Red Mango business [project] was not progressing well, the complainant thought he would not lose anything by accepted the offer.

At that time the complainant was briefly introduced for the first time to Jong Mal Ha and Jung Sun Yoon (wife of Jong Mal Ha) by Sung Lim Lee and exchanged passing greeting with them while he was staying in Las Vegas and then he returned to Korea. Once returned to Korea, he was supposed to send one hundred thousand dollars to Sung Lim Lee, so the complainant asked for the bank account [number], and he was told to wire the money to the account(s) which Jung Sun Yoon would, whom the complainant met in Las Vegas, would advise  (Jae Ho Chung, Min Bae Lee, Chon Shik Kim, Shin Young Park, Jeom Lae Sohn) And so he transmitted an amount 95,000,000 won which is the converted amount in Korean currency according to the current exchange rate at the time.

Thereafter Sung Lim Lee paid the interest of $8,000 per month for the one hundred fifty thousand dollars for 4 months from July 2007 through October 2007. Later the complainant heard that Jae Ho Chung and the other four were professional illegal currency exchange vendors.

In the early part of August, 2007 Sung Lim Lee said to the complainant that Jong Mal Ha asked whether he could give a loan of one hundred million w. It would be repaid in two weeks along with the interest. Attracted by the offering of the interest he loaned him one hundred million won (Deposited to the account of Jung Seok Kim, Korea Exchange Bank 085-18-354753 = deposit was made under the name of Nam Hoon Chung,

who was then company employee). Thereafter, Jong Won Ha, the older brother of Jong Mal Ha, paid the complainant one hundred and eight million won including the interest of eight million won on August 22.

Meanwhile the complainant came to visit U.S., Phoenix, on October 3, 2007 for a personal reason: in order to attend a business presentation. On that occasion, Sung Lim Lee joined him and suggested that he meet Jong Mal Ha since there was a good business opportunity in Las Vegas. Following the above event he drove to Las Vegas with In Ho Cho, an acquaintance of mine, and Sung Lim Lee. Then he was formally introduced to Jong Mal Ha and Jung Sun Yoon by Sung Lim Lee, and there Jong Mal Ha offered him a hotel-related supply business.

The Complainant thought Jong Mal Ha was a successful businessman in Las Vegas. At that time Jong Mal Ha bragged about his U. S. citizenship and that he had been running two golf clubs in Thailand but he missed the U.S. so much that he dissolved of the golf club business and returned to the U.S., that prior to his moving to Thailand he made a lot of money in Korea running an academy for overseas study, but that in the process of dissolving the golf club business, the money got held up for a while, so he had bought a large piece of land in Arizona. The boasting continued to include that Jong Mal Ha's grandfather was a Korean House Representative who was elected three times during the Shin Min Party era and that Jung Sun Yoon's father was the governor of Kyunggi Province.

Around that time the Complainant was thinking about a new business and had a growing interest in the hotel supply business that was proposed by Jong Mal Ha. When first introduced to Jong Mal Ha, he was asked to wait for them in the coffee shop by Jong Mal Ha, Jung Sun Yoon, and Sung Lim Lee, who said they were going to a meeting with the President of Palazzo Hotel in charge of Korean [business], and later they told the complainant they had a meeting with Sam Min, who was the President in charge of Korea.

Following the meeting, the complainant was told that the hotel supply business turned out to be very promising, and to further the business opportunity Jong Mal Ha's power needed to be increased within the hotel, meaning that a fund of five hundred thousand dollars should be deposited with the hotel, and asked the complainant to provide a loan of five hundred thousand dollars. They told him that If the loan were provided, an annual interest of 12% as well as a certificate of deposit in the name of the hotel would be given to him.

It was later disclosed that Jong Mal Ha was using the borrowed money to run his "rolling business" (illegal practices of foreign currency exchange) offering services to Korean clients in Las Vegas hotel casinos.

He returned Korea on October 11, 2007 and withdrew money from the saving accounts under his name as well as that of his wife (Hyun Joo Kim) and delivered a check and cash in the amount of 458,500,000 won to Bong Hoon Han residing in Bundang, in person, on October 16, 2007. It was at an officetel the name of which he cannot recall (in that occasion Jung Sun Yoon, wife of Jong Mal Ha, supplied the personal information on Bong Hoon Han over the phone). The remaining 18,500,000 won was delivered through Sung Lim Lee.

Thereafter, Jong Mal Ha asked the complainant for another loan of ninety million won and he delivered the loan amount of the ninety million won to Jong Won Ha, the older brother of Jon Mal Ha, on October 26, 2007 in front of Kyunggi High School located in Samsung-dong. At that time, he secured a certificate from Jong Won Ha upon delivery of the ninety million won. He met Jong Won Ha for the first time, but he claimed that he saw the complainant at a distance when he went to the U.S. He believes that Jong Won Ha was frequently visiting the U.S.

Regarding the said certificate, Jong Mal Ha suggested the complainant not to receive such a certificate thereafter. The complainant told him that the Complainant did not received the hotel certificate he promised for the five hundred thousand dollars and at least got the said certificate, and he said that he would send him a document from a U.S. lawyer that would be as valid as a notarized one in Korea since the hotel certificate seemed not feasible.

Later Jong Mal Ha told him over the phone on or around the end of October 2007 that the hotel supply business [project] was progressing well and asked for another urgent loan of three hundred million won. Thereafter he delivered cash three hundred million won to his older brother Jong Won Ha at the parking lot of Hanaro market. At that time Jong Won Ha was accompanied with an unknown woman (later he found that the woman was Deuk Soon Park, a cohabitant with Jong Won Ha. He imagined she must be Jong Won Ha's daughter by the age difference in their looking).

When the complainant strongly demanded for a lawyer's written affirmation concerning the money he loaned to Jong Mal Ha, Sung Lim Lee faxed it to him from a U.S. attorney, Oswald Fumor, who is located in Las Vegas, but for only five hundred thousand dollars out of the total amount of nine hundred ninety thousand dollars.
(However, the lawyer's signature was missing. It only had the name and location of the lawyer.)

Thereafter, the Complainant met with Jong Mal Ha, during which time Dong Joon Ahn

who was going to help with the supply business process with the hotel supply [project]: Jane 11 to January 18, 2008. Up to that date, Jong Mal Ha told them to wait for a bit more while telling them that the business would soon be very successful. Additionally, he demanded another loan of one hundred million dollars. After returning to Korea, he delivered cash to Jong Won Ha on January 25, 2008.

After he delivered the one million won to Jong Won Ha, and while hews preparing for another trip to U.S. with Heung Noh Joo, who was going to do the hotel supply business together, Jong Mal Ha contacted the complainant asking for another loan of two hundred fifty million won if the fund for the supply business operation was available for a loan. The complainant borrowed the two hundred fifty million won from Heung Noh Joo and delivered it to Jong Won Ha on February 1, 2008.

The complainant had been visiting Las Vegas again between February 19 through 25, 2008 with Heung Noh Joo and had a meeting with Jong Mal Ha on issue of the hotel supply business. Following the meeting with Jong Mal Ha, Heung Noh Joo became very busy in collecting many samples in order to carry on the supply business.

While visiting U.S. the complainant demanded Jong Mal Ha and Sun Jung Yoon of the default interest and the notarized documents from the U.S. lawyer. Jong Mal Ha was upset with him saying how could he not trust him to that degree, and provided him with a certificate of cash custody for just the 1.4 billion won. Jung Sun Yoon put her signature on it and Sung Lim Lee also signed as a witness.

The complainant felt secure upon obtaining the certificate of cash custody, and he returned Korea after they stipulated that the total amount of the loans and interest therewith would be repaid within a month upon obtaining the signatures.

Thereafter, Jong Mal Ha called and asked him another loan of four hundred million won saying it would be the last one. Under the condition that it would be used for just a week, the whole amount of cash together with the black immigration bag was delivered to Hyun Ja Lim (019-216-0831) in the Jandiro golf ware sales place in the 4th floor of Kim's Club, Yatop-dong, Bundang, Kyunggi-Do on March 6, 2008. Loaning out the four hundred million won was somewhat suspicious to him, but otherwise he was afraid of being severed from him with no further contact and not returning back all the money he had so far loaned out to him up to that moment, and he was but to loan the four million won to him against his will.

Thereafter, Jong Mal Ha started complaining over the phone about having his wife Jung Sun Yoon sign the deposit certificate for the 1.4 billion won in cash in addition to his own signature - the signature of the [responsible] party, Jong Mal Ha. The complainant responded to him saying the reason

being that Jung Sun Yoon was working together with Jong Mal Ha at that time. However, Jong Mal Ha was upset insisting that it was beyond his understanding. The complainant was no longer able to contact him after that.

The complainant was forced to visit U.S. in order to resolve the problem between March 23 and March 26, 2008. The Complainant demanded him to return all those loan amount of one 1.8 billion won with interest and [said] he did not care if the hotel supply business did not happen.

Jong Mal Ha said that his money would be returned in full when the complainant returned to Korea and waited for it, so the Complainant returned and waited. Thereafter it became difficult to contact Jong Mal Ha except for occasional phone contacts with Jung Sun Yoon.

Other than Jung Sun Yoon's suggestion to wait a while more and the money was never repaid, The complainant went and stayed in the U.S. April 29 through May 5, 2008 and had to struggle to meet with Jong Mal Ha. At that time, Jong Mal Ha said he also said he himself was not being paid back the money he loaned to others, saying that he was working on another project in Macao and would repay the entire loan when his business in Macao become successful.

In the beginning, Sung Lim Lee asked him to loan him the money that he had invested for Red Mango plus one hundred million won, which he loaned out to her at 6% interest, then he was offered the hotel supply business [opportunity] by Jong Mal Ha, who said he needed five hundred thousand dollars to deposit for the business to be able to start, so the complainant loaned him the five hundred thousand dollars. However, the informed fact was that Jong Mal Ha and Jung Sun Yoon were engaged in the *rolling* business (illegal practice of foreign currency exchange) employing the money from the complainant to collect interest from the hotel casino guests who borrowed money from them.

The Complainant never knew that they were engaged in a [money] *rolling* business (illegal practice of foreign currency exchange), and what he was informed was that the five hundred thousand dollars that he loaned out to them was going to be deposited with the hotel, and he was given a promise for securing the right to do a hotel supply business - a definite fraud with sugar-coated lies that induced him to repeatedly loan out the money.

Later, he was informed that, in addition to the six hundred fifty thousand dollars that Jong Mal Ha loaned from him the rest of one 1.15 million dollars were used to loan out to those gamblers in Las Vegas. Jong Mal Ha and Jong Won Ha loaned the money from the complainant and used them in engaging in an illegal foreign currency exchange business. Jong Mal Ha and Jung Sun Yoon were working

in the U.S. while Jong Won Ha, the older brother of Jong Mal Ha, and Deuk Soon Park were taking care of business in Korea (this is in the recording made while meeting with Jong Won Ha).

On or around April or May of 2008, Jong Mal Ha was arrested and put in jail by the U.S. Police and Drug Enforcement Investigators in the U.S. while he was driving with cash of three hundred fifty thousand dollars in the vehicle, and was [later] released on bail. Around that time the complainant was visiting U.S. he never informed, but kept being told a lie that the money was going to be paid back. (he was informed at the meeting with the U.S. prosecutor that, when arrested by the police, Jong Mal Ha told them that the money was a gambling fund that the complainant sent to him from Korea).

the complainant requested for the return the money on two different visits to U.S. in at the end of July of 2008 and August of 2008. However, he repeatedly asked the complainant to wait for a while as he could not collect the money from those gamblers, and Jong Won Ha, Jong Mal Ha's older brother, was then working on the money he was expecting to receive from Yong Yeol Kim (three hundred and fifty million) and from Sang Joon Park (one hundred million).  The complainant contacted Jong Won Ha to confirm and he answered that he was working on it and asked to wait a bit more.

Since the end of 2008, attempts to contact Jong Mal Ha in the U.S. started to fail mostly. the complainant went to U.S. to meet Jong Mal Ha. However, Jong Mal Ha and Jung Sun Yoon already disappeared from Las Vegas to somewhere else. At that moment the complainant met Hope Kwon, a host at the Planet Hollywood Hotel, to discover that he was completely deceived by Jong Mal Ha and Jung Sun Yoon the entire time.

Around the time when Sung Lim Lee was starting the Red Mango business, Jong Mal Ha and Jung Sun Yoon were completely penniless street beggars who illegally came to the U.S., to Las Vegas, and were making a living helping Hope Kwon at work. Around that time, Jong Mal Ha intentionally approached Sung Lim Lee to defraud him of his business capital as he was preparing for the Red Mango business as far as complainant knows. The complainant was further informed and believed that Jong Mal Ha and Jung Sun Yoon were not a married couple, and defrauded others besides the complainant and Sung Lim Lee, and that Jong Mal Ha and Jung Sun Yoon were at that time in the "wanted" list by the Las Vegas prosecutor.

Since he would not answer the complainant's phone calls, when Hope Kwon called Jong Mal Ha in the presence of him and Sung Lim Lee, Jung Sun Yoon answered the call. Jung Sun Yoon answered the phone and when asked to put Jong Mal Ha on the phone, she avoided it by saying Jong Mal Ha went to Canada to collect money. Jung Sun Yoon was at that time in New York with Jong Mal Ha lied to us that they were at Seattle. (The complainant was later informed that Jong Mal Ha was illegally staying in the U.S. and was unable to enter Canada.)

Hope Kwon also told us that he saw the balance in Jung Sun Yoon's saving book was more than eight hundred thousand dollars and she knew that it was sent to Jong Won Ha in Korea. The complainant immediately returned Korea to find Jong Won Ha. In their meeting Jong Won Ha said that he was unable to contact his brother and his wife, and accused them of all misconducts and claimed he was also a victim, and started to blame his brother. While the complainant was kept contacting Jong Won Ha, pressing him to be responsible for the conspiracy that he and his brother committed, he was contacted by Sung Lim Lee that the U.S. prosecutor wanted to meet with him together with Sung Lim Lee.

The complainant went to the U.S on April 6, 2009 to have a meeting with Las Vegas prosecutor in which he confirmed again that Jong Mal Ha was really a swindler and the U.S. prosecutor promised that they would surely find the money for him. he also informed them all facts that he knew of.

he was told that there were a number of people victimized by Jong Mal Ha but no one had anything like the certificate of cash custody that he retained and he was asked to assist them to arrest Jong Mal Ha. We made a contact with Jong Mal Ha through Sung Lim Lee's friend and asked him to have a meeting for a potential investment of five hundred thousand dollars. Being unaware of the trap, Jong Mal Ha and Jung Sun Yoon were caught by Sung Lim Lee in an attempt to make further fraud. However, the complainant was informed that Sung Lim Lee let them go in an attempt to track their residence by follow them, however, they disappeared at large.

Once the complainant visited Jong Won Ha's residence and found the fact that Jong Mal Ha in the U.S. was using Jong Won Ha's credit card out of the statement from Jong Won Ha's credit company. The detailed list of the statement indicated Jong Mal Ha was residing near the New Jersey State since the exposed activities of the card were mostly in the golf ranges and furniture stores in New Jersey State. Jong Mal Ha was indeed enjoying golfing while he was at large. Jong Won Ha was in illegal status and could not have his own card Jung Sun Yoon was using Jong Won Ha's card fearing that she would be caught by the U.S. prosecutor. Based on studying in these facts the conspiracy between Jong Mal Ha and Jong Won Ha is more than obvious.

The suspect Jong Won Ha was fussing on his difficulty in his living, but he was mostly spending his time every day in the golf rage around that time. He said he paid monthly rend of 1,500,000

For the Royal Duke Apartment located in Bojung-dong, Kiheung-gu, Yongin City since he did not have enough deposit money. (It was found later that the apartment belonged to Jong Won Ha's girlfriend Deuk Soon Park.)

Currently Jong Won Ha is at large, and what he knows is that he changed his name to Yong Jae Ha in May 2009. Jong Mal Ha and Jung Sun Yoon is completely inaccessible and their phone is no long in service. While pursuing Jong Won Ha the Complainant met Jong Won Ha residing at the Top Maeul apartment in Bundang-gu, a residence belonging to his girlfriend he eliminated the vehicle (Chairman) registered under his name and replaced the vehicle (Chrysler C300) registered under Deuk Soon Park, his girlfriend.

Following a meeting with the U.S. prosecutor on or around April 2009, Sung Lim Lee contacted him to inform that the U.S. prosecutor desired his appearance one more time. However, he could not go to the U.S. due to financial difficulty. Instead, he arranged with the U.S. Embassy in Korea to help him provide his deposition.

More than once the Complainant was attempting to complain to the Korean Police, but the U.S. prosecutor asked him not to do so in trust of him and he has been waiting for his response. The original documents (including the certificate of cash custody)he had are kept by the U.S. prosecutor.

He had kept the voice recording from the meeting with Jong Won Ha. In the recording Jong Won Ha states that Jong Mal Ha asked for simple errands to deliver and collect a few hundred million and he had nothing to do with the business.

When the complainant asked him to disclose the source of the money that was directly delivered to him, he said he delivered it to someone whom he does not know anything about. Undoubtedly the two brothers worked together but Jong Won Ha blames his younger brother of everything. Jong Won Ha provided him with a notarized document that states to him and Sung Lim Lee that Jong Won Ha would arrange a meeting with Jong Mal Ha for him and Sung Lim Lee and prove his innocence, and in case the meeting arrangement failed Jong Won Ha himself would be responsible for the full repayment of all debts. Thereafter, however, he had been to the U.S. alone in secret without informing it to us in contrary to what he agreed to do so together with us. Thereafter he did not return to his house and stayed a while in the Top Maeul residence of Deuk Soon Park in Bundang. Thereafter the cellular phone numbers of Jong Mal Ha and Jung Sun Yoon came to be nonexistence.

Jong Mal Ha himself asked him over the phone to deliver it to the Jandiro sales site in the last delivery of the four hundred million Won, but the later police report states that Jong Won Ha and

his girlfriend, Deuk Soon Park were involved (President of the Jandiro sales site and Deuk Soon Park were friends)

Sung Lim Lee heard about the facts that there were several records of deposit in Deuk Soon Park's account. As stated above, Deuk Soon Park is also deeply involved in this case, and we are appealing for including Deuk Soon Park for a thorough investigation.

We are herewith submitting the complaint to the authority against the crimes committed by the defendants as described above. We are asking you for a complete investigation of the extreme criminal acts, and once the crimes are found guilty punish them hash in order to prevent people like the Complainant from suffering by such heinous crimes of the suspects and secure a just society for all.

Evidentiary Documents

1. Certificate of Cash Custody (Two of them created by Jong Mal Ha)
2. Transcript of the [Audio] Recording (Jong Won Ha)
3. Notarized Document (Jong Won Ha)
4. Written Affirmation (Jong Wan Ha)
5. Notarized Documents from Attorney Residing in the U.S.(Translated version)

April 2011
Byung Gil Lee (Seal), Said Complainant

**SUBMITTED TO SOOWON DISTRICT PROSECUTOR'S CHIEF EXAMINER SOO WON OFFICE OF PROSECUTOR**