# EXHIBIT 1-B

# EXHIBIT 1-B

# 고 소 장

고소인    이 병 길
         주민번호 : 721220-1235646
         주    소 : 서울 송파구 신천동 파크리오 223동2701호
         연 락 처 : 011-729-8573


피고소인
    1) 하 종 말 (주민번호:560624-1896311)
       한국 주소:경기도 기흥구 보정동 1271 죽현마을 동원 료알
               듀크 303동 1703호
       미국 주소:8101 w, flamingo rd #2067
               las vegas, nv 89147
       연 락 처 :1-213-280-5500

    2) 하 종 원 (주민번호:470604-1896311)
       주    소 :경기도 기흥구 보정동 1271 죽현마을 동원 료알
               듀크 303동 1703호
       연 락 처 : 010-3582-5736
                010-2599-6963

    3) 윤 정 선(주민번호:640803-        )
       주    소:8101 w, flamingo rd #2067
               las vegas, nv 89147
       연 락 처 :1-213-703-9385

4)박 득 순(주민번호:                    )
주     소:경기도 성남시 분당구 탑마을 선경 101동201호
연 락 처 :

### 고소의 취지

피고소인 1)하종말, 같은 2)하종원을 **특정경제범죄가중처벌등에관한법률위반(사기), 외국환거래법위반**으로 고소하니 철저히 수사하여 엄정히 처벌해 주시기 바랍니다.

### 범 죄 사 실

**가. 특정경제범죄가중처벌등에관한법률위반(사기)**

피의자 1)하종말은 특별한 직업이 없는 자로서 미국 라스베가스에서 한국으로부터 원정 도박하러 온 자들을 상대로 불법 환치기업을 하는 일명 롤링업자이다. 같은 2)하종원도 특별한 직업이 없는 자로 상피의자 하종말의 형으로 하종말의 공범자로서 상호 공모하여,

1) 2007.10.03 미국 라스베이거스 팔라조 호텔에서 피해자에게 "나는 미국 시민권자로서 한국에서 유학원을 운영하여 많은 돈을 벌었으며, 태국에서 두개의 골프장을 운영하였고, 현재 애리조나 주에 땅도 많이 가지고 있고, 나의 할아버지는 신민당 3선 국회의원을 지냈으며, 나의 처 윤정선의 부친도 경기도지사를 지낸 사람이다. 내가 팔라조 호텔에 영향력을 행사하기 위해서는 호텔에 50만 불을 예치해야 하는데 위 돈을 빌려주면 당신이 팔라조 호텔객실 객실만 7,300여개에 기타 호텔 부대시설까지 포함 하며 어마 어마한 양이 필요한 물품(세면도구 등)에 대

한 납품사업을 할 수 있도록 도와주겠다"라고 거짓말하여 이에 속은 피해자로부터 동년 10.16 경기도 성남시 분당구 번지, 상호미상의 오피스텔에서 소외 한봉훈을 통하여 금 458,500,000원, 소외 이성림을 통하여 금18,500,000원 등 도합 477,000,000원을 교부받아 편취하였다.

2) 동년 10.26 위 1)항과 동일한 수법으로 서울 삼성동 소재 경기고등학교 앞에서 상피의자 2)하종원이 금90,000,000원을 교부받아 편취하였다.

3) 동년 10월 말경 피의자 1)하종말이 피해자에게 전화하여 "미국 라스베이거스 호텔납품 건이 잘 진행되고 있는데 급하게 3억 원이 더 필요하니 위 돈을 빌려주면 차후에 변제 하겠다"라고 거짓말하여 동년 11.02 경기도 성남시 분당구 하나로 마트 주차장에서 같은 2)하종원이 금 300,000,000원을 교부받아 편취하였다.

4) 2008.1.18경 미국 라스베이거스 팔라조 호텔에서 피의자 1)하종말은 위 1)항과 동일한 방법으로 미화 1억원을 빌려줄 것을 요구하여 동년 1.25경 이에 속은 피해자로부터 같은 2)하종원이 1억 원을 교부받아 편취하였다.

5) 2008. 2. 1.경 피의자 1)하종말이 피해자에게 전화하여 위 1)항과 동일한 방법으로 미국 호텔 납품사업을 하기 위하여 준비한 자금이 있으면 금250,000,000원을 더 빌려달라고 피해자에게 거짓말하여 이에 속은 피해자로부터 같은 2)하종원이 금250,000,000원을 교부받아 편취하였다.

6) 2008. 3월 초순경 피의자 1)하종말이 피해자에게 전화하여 위 1)항과 같은 방법으로 "이제 마지막인데 4억원을 빌려주면 일주일만 사용하고 바로 변제 하겠다"라고 거짓말하여 이에 속은 피해자로부터 동년 3.6경 경기도 성남시 분당구 야탑동 킴스클럽 4층 잔디로 골프웨어

매장에서 소외 임현자(019-216-0831)를 통하여 금400,000,000억 원을 교부받아 편취하여 총 도합 16억 1,700만원을 교부받아 편취하였다.

### 나. 외국환거래법위반

피의자는 1)하종말은 미국 라스베이거스에서 한국에서 원정 도박하러 온 자들을 상대로 불법 환치기업을 하는 일명 롤링업자이고, 같은 2)하종원은 특별한 직업이 없는 자로서 같은 1)하종말의 친형인 자이다.

외국환업무를 업으로 영위하고자 하는 자는 대통령이 정하는 바에 의하여 외국환업무를 영위하는데 충분한 자본, 시설 및 전문 인력을 갖추어 미리 재정경제부장관에게 등록하고 외국환업무를 영위하여야 함에도 불구하고 등록하지 않아 무등록인 상태에서 미국 라스베이거스 카지노에서 도박한 후 국내로 송금을 원하는 한국인등을 대상으로 수수료 및 환차익을 얻기로 공모하였다.

피의자 2)하종원은 위 범죄사실 가항의 일시 장소에서, 피의자 1)하종말은 미국 라스베가스 카지노에서 역할을 분담하기로 한 후, 미국 라스베가스에서 도박을 한 후 그 도박자금을 국내에 송금할 수 없는 카지노 이용객들을 모아 그들로부터 송금의뢰를 받으면 피의자 1)하종말이 한국에 있는 같은 2)하종원에게 연락하여 위 카지노 이용객들이 지정하는 국내인에게 한화로 송금액 상당을 지급하고, 송금의뢰 받은 미화는 미국 라스베이거스에 있는 피의자 1)하종말이 계속 보유하다가 미화를 미국 라스베이거스 카지노에서 사용하기 위하여 불법송금 하려는 자의 의뢰를 받으면 피의자 1)하종말이 보유하던 외화를 위 카지노 이용자가 지정하는 자에게 지급하고 각 송금의뢰자로부터 송금액에 대한 수수료를 받는 방법으로 위 범죄사실 가항과 같이 6회에 걸쳐 16억 1,700만원 상당의 대한민국, 외국간의 지급과 이에 부대되는 무등록 외국환업무를 영위한 것이다.

# 고 소 내 용

　미국 LA에 거주하는 소외 이성림으로 부터 2007년03월경에 래드망고(퓨전 아이스크림가게)라는 가게를 같이하자는 제안을 받았다. 미국의 라스베이거스에서 시작하기로 하고 고소인은 이성림에게 투자 할 금액 총$300,000중에 우선 $50,000을 사업자등록증과 사업계획서를 첨부하여 한국의 국민은행을 통해 2007년6월 25일에 송금 하였다.

　하지만 래드망고 사업진행이 잘 되지 않고 시간만 흐르고 있어 이성림에게 투자한 금액에 대한 상환을 요청 하였다. 그러자 이성림이 미국에 방문할 것을 제안하여 2007년6월26일~2007년7월3일 간 미국을 방문 하였다. 미국체류 기간 중 이성림과 함께 라스베이거스를 방문하였다. 당시 이성림은 라스베이거스 소재 래드망고 사업예정지를 보여 주면서 자기는 이 래드망고 사업보다 더 좋은 사업을 하려고 한다면서 고소인에게 처음 투자한 돈과 십만 불을 더 빌려주면 월 6%의 이자를 준다고 하였다. 래드망고 사업이 제대로 진행되지 않기도 하고 손해 볼 건 없겠다 싶어서 그렇게 하기로 하였다.

　그 때 고소인은 이성림을 통해 하종말과 윤정선(하종말의 처)을 처음 소개 받아 라스베가스에 머무는 동안에 지나가는 정도의 인사를 하고 나는 한국으로 돌아왔다. 한국에 도착 후 이성림에게 십만 불을 바로 보내주기로 하였기에 은행계좌를 알려 달라고 하니, 라스베가스에서 만난 윤정선이란 사람이 알려 주는 계좌로 돈을 송금하면 된다하여 윤정선이 알려주는 계좌(정재호,이민배,김천식,박신영,손점례)로 당시환율로 계산하여 한화로 95,000,000원을 송금 하였다.

　그 후 이성림은 2007년7월~2007년10월 까지 4개 월동안 십오만 불에 대한 이자 $8,000를 매달 나에게 지급 하였다. 나중에 안 일이지만 정재호외 4명은 전문 환치기 업자라고 들었다.

　2007년8월 초에 이성림은 하종말이 일억 원만 빌려 달라고 한다며 내게 빌려 줄 수 있냐며 물어 왔다. 그럼 2주 후에 이자와 함께 변제하겠다고 했다. 나는 이자를 준다기에 일억 원을 빌려 주었다.(김정석 외환은행 085-18-354753

계좌로 입금=당시 회사직원이었던 정남훈명의로 입금) 이후 8월22일에 이자 팔백만원과 함께 일억 팔백만원을 하종말의 형인 하종원이 한국에서 변제하였다.

그러던 중 나는 개인적으로 사업설명회 참석차 2007년10월3일 미국 피닉스를 방문하게 되었다. 이 때 피닉스 사업설명회에 이성림도 같이 참석 하였고 이성림은 나에게 라스베가스에 괜찮은 사업이 있으니 하종말을 한 번 만나볼 것을 제한하였다. 나는 피닉스에서 행사 후 미국에 거주하는 지인 조인호와 이성림과 함께 차량을 이용하여 라스베가스를 방문 하게 되었다. 이때 나는 이성림을 통해 하종말과 윤정선을 정식으로 소개 받았고 이 자리에서 하종말은 나에게 라스베가스 호텔관련 납품사업을 제안 하였다.

고소인은 당시 하종말이 라스베이거스에서 잘 나아가는 사업가로 알았다. 당시 하종말은 미국 시민권자로 태국에서 골프장 두 개를 운영하다 미국이 그리워서 골프장을 정리하고 미국으로 돌아 왔으며 태국으로 가기 전에는 한국에서 유학원을 운영하면서 많은 돈을 벌었는데 태국 골프장을 정리 하면서 지금은 돈이 좀 묶여 있으며 애리조나 주에 많은 땅을 사놓았다고 하며 자랑을 많이 하였다. 하종말의 할아버지는 신민당 시절 3선 국회의원을 지내시고 윤정선의 부친도 경기도지사를 지내신 분이라면서 많은 자랑을 하였다.

당시 고소인은 회사확장을 위해 새로운 사업을 구상하고 있을 때라 하종말이 제안한 호텔 납품사업에 관심이 생기기 시작했다. 라스베이거스에서 하종말과 처음 인사를 했을 때 하종말, 윤정선, 이성림은 팔라조호텔의 한국담당 사장과 미팅을 하고 오겠다면서 나를 커피숍에서 기다리게 했고 세 명은 셈 민이라는 한국담당 사장과의 미팅을 하고 왔다고 했다.

미팅 후 호텔 납품사업이 잘 될 것 같다면서 그러기 위해선 우선 호텔 내에서 하종말의 힘을 키워야 하고 힘을 키우기 위해서는 호텔에 오십만 불을 예치 시켜야 한다면서 오십만 불을 빌려달라고 하였다. 오십만 불을 빌려주면 연간 12%의 이자와 호텔명의의 보관중을 만들어 준다고 하였다.

나중에 안 일이지만 고소인으로부터 빌린 돈으로 하종말은 라스베가스 호텔 카지노에서 한국 사람들을 상대로 롤링업(환치기)을 한 것을 알게 되었다.

나는 2007년10월11일 한국으로 돌아와 내 명의통장과 와이프(김현주) 명의 통장의 돈을 인출하여 2007년10월16일 분당에 거주 하는 한봉훈에게 일부의 현금과 수표로 458,500,000원을 직접 전달하였다. 분당의 무슨 오피스텔이었는데 오피스텔 이름은 기억이 나지 않음(이때도 하종말의 와이프 윤정선이 전화로 한봉훈의 인적사항을 줌) 나머지 18,500,000원은 이성림을 통하여 전달해 주었다.

이후 하종말은 구천만원을 더 빌려 달라고 해서 2007년 10월26일 서울 삼성동에 위치한 경기고 앞에서 하종말의 형인 하종원을 만나 구천만원을 빌려 주었다. 당시 하종원에게 구천만원을 주면서 확인증을 받았다. 그날 하종원을 처음 보았는데 하종원은 내가 미국에 갔을 때 나를 멀리서 보았다고 했다. 하종원은 미국을 자주 왕래 한 것으로 안다.

이후 하종말은 확인증을 받은 것에 대해 나에게 앞으로는 그런 것을 받지 말라고 말했다. 고소인은 오십만 불에 대한 호텔 확인증을 해주기로 했는데 당신이 해주지 않아서 확인증이라도 받았다고 하니 하종말은 호텔 확인증을 못 해줄 것 같아서 미국변호사에게 한국의 공증과 같은 효력을 가진 문서를 보내 주겠다고 했다.

그 후 하종말은 2007년 10월 말에 전화를 해서 호텔납품 건 이야기가 잘 진행되어가고 있다면서 급하게 삼억 원만 더 빌려 달라고 하였다. 그래서 나는 2007년 11월 2일에 분당 하나로마트 주차장에서 형인 하종원에게 현금으로 삼억 원을 전달하였다. 당시 하종원은 어떤 여자와 동행하여 나왔다.(이후에 그 여자가 하종원의 동거녀인 박득순이란는 것을 알았다. 나는 박득순을 처음 보았을 때 두 사람의 나이 차이로 보아 하종원의 딸 이라고 생각 하였다.)

그리고 나는 하종말에게 빌려준 돈에 대한 변호사 확인증을 강하게 요청하자 통해 총 금액 구십구만 불 중에 오십만 불에 대해서만 미국 라스베이거스 소재 오스발도 푸모라는 변호사의 확인증을 미국에서 이성림이 FAX로 전달 해주었다.
(그런데 변호사 이름과 소재만 있을 뿐 변호사 싸인이 없다)

이 후 2008년 1월11일~1월18일 까지 고소인도 호텔 납품건을 진행하기

위해 납품사업을 같이 도와줄 안동준과 동행하여 하종말을 만났다. 당시만 해도 하종말은 호텔납품사업이 곧 될 것처럼 말하면서 조금만 더 기다리라고 했다. 그러면서 또 일억 원을 더 빌려달라고 했다. 나는 한국에 돌아와서 2008년 1월25일 돈을 준비하여 현찰로 하종원에게 전달하였다.

일 억원을 하종원에게 전달하고 나는 또 다른 호텔납품사업을 같이 할 주홍노와 같이 미국방문을 준비 중에 하종말이 연락 와서 납품사업을 하기 위해서 준비 한 자금이 있으면 먼저 이억 오천 만원만 더 빌려 달라고 하여 나는 주홍로에게 이억 오천만 원을 빌려 2008년 2월1일 하종원에게 전달하였다.

나는 2008년2월19일~25일 까지 주홍노와 다시 라스베이거스를 방문하여 호텔납품 건에 대해 하종말과 미팅을 하고 돌아왔다. 그리고 하종말과 미팅 후 주홍노는 납품 건을 진행하기 위한 여러 가지 샘플을 모으는 일을 분주히 준비를 하고 있었다.

미국 방문시 하종말과 윤정선에게 그 동안 밀린 이자와 미국변호사 공증 서류를 요청하였다. 그러자 하종말은 나에게 화를 내면서 그렇게 사람을 믿지 못하느냐 면서 우선 현금 십사억 원에 대한 현금 보관증을 작성 해주었다. 윤정선도 거기에 같이 싸인 하고 이성림이 증인 싸인을 했다.

나는 현금보관증을 받은 것에 안심하고 모든 차용금액과 이자를 싸인 후 한 달 이내에 돌려받기로 하고 한국으로 돌아왔다.

이후 한국에 있는 나에게 하종말은 전화를 해서 마지막이라면서 사억 원만 더 빌려달라고 했다. 일주일만 쓰고 바로 돌려주겠다는 조건으로 2008년 3월 6일 경기도 분당 야탑동 킴스클럽 4층 잔디로 골프웨어매장 임현자(019-216-0831)에게 모두 현금으로 검정색 이민가방에 담아서 가방채로 전달하였다. 사억 원을 더 빌려 주는 것은 마음에 걸렸지만 안 빌려주면 연락을 끊고 지금까지 빌려준 돈을 못 받을 것 같았고 빌려준 돈을 받기 위해서는 어쩔 수 없이 사억 원을 빌려주게 되었다.

그런데 이후 하종말은 전화를 해서 십사억 원 현금 보관증에 하종말 본인 외에 와이프인 윤정선의 싸인을 받을 것을 가지고 트집을 잡기 시작하였다. 당시 나는 윤정선도 같이 하종말과 일을 하기 때문에 받았다고 했다. 그래도

하종말은 이 부분을 이할 수 없다고 나에게 화를 냈고 그 후 연락이 되지 않았다

할 수 없이 이 문제를 해결하기 위해서 2008년 3월23일~3월26일까지 미국을 방문했다. 당시 고소인은 호텔납품사업을 안 해도 좋으니 지금 까지 빌려 간 돈 십팔억 원과 이자를 돌려 달라고 요청 하였다.

하종말은 네 돈 모두를 돌려주겠다고 하면서 한국에 돌아가 기다리라고 하여 고소인은 한국에 입국해 기다리게 되었다. 그 후 하종말은 연락이 잘되지 않고 윤정선만이 가끔 전화연락이 되고 있었다.

윤정선은 조금만 더 기다리라는 말만 할 뿐이고 돈을 갚지 않아 나는 2008년 4월29일~5월5일까지 다시 미국을 들어가서 하종말을 어렵게 만났다. 그때 하종말은 자기도 빌려준 돈을 받지 못하고 있다며 마카오에서 새로운 일을 진행하고 있는데 마카오 일이 잘되면 빌린 돈 전부를 갚겠다고 하였다.

처음에는 이성림이 내가 래드망고에 투자한 돈과 일 억원을 빌려 달라고 해서 매달 6%의 이자를 받기로 하고 빌려주었다가 호텔납품사업을 하자는 제안으로 하종말이 호텔에 오십만 불을 예치하여야 한다고 하여 오십만 불을 빌려 주었는데, 사실은 하종말과 윤정선은 그 돈을 이용하여 라스베이거스에서 카지노 손님들에게 돈을 빌려주고 이자를 받는 롤링(환치기)사업을 한다는 것이었다.

고소인은 그들이 롤링(환치기)을 하는지 전혀 알지 못하였고, 내 돈 오십만 불은 호텔에 예치한다고 들었고, 피의자에게 돈을 빌려주면 라스베이거스 호텔에 납품을 할 수 있는 권한을 주겠다는 감언이설에 계속 돈을 빌려주게 되었다.

나중에 안 사실이지만 고소인이 하종말에게 빌려준 돈 육십오만 불외에 나머지 백십오만 불 역시 라스베이거스에서 도박을 한 사람들에게 돈을 빌려 주기 위해 사용한 것을 알게 되었다. 하종말, 하종원은 고소인에게 돈을 빌려서는 미국과 한국에서 환치기를 하기 위하여 사용한 것이다. 미국에서는 하종말과 윤정선이 일을 하고 한국에서는 하종말의 형인 하종원과 박득순이 일을 담당 하였다(이 부분은 하종원을 만나면서 녹취 한 내용이 있다.)

하종말은 2008년 4~5월경 미국현지에서 현금 삼십오만 불을 차량에 실고

이동 중에 미국 경찰과 마약 수사반에 걸려 유치장에 들어갔다가 보석금을 내고 나왔다. 이때도 내가 미국방문 시 나에게는 이야기 하지 않고 계속 돈을 주겠다는 거짓말만 하고 있었을 때이다.(당시 경찰에 체포 되었을 때 하종말은 그 돈을 내가 한국에서 도박 자금으로 보내 주었다고 한 것으로 미국 검사와의 미팅에서 들었다.)

이 후 2008년7월말과 8월말 두 차례 미국을 방문하여 돈을 돌려 줄 것을 요청 하였다. 하지만 하종말은 조금만 기다리라는 말과 자기도 도박한 사람들에게 돈을 받지 못해서 그런 다는 말만 하면서 김용열(삼억오천)과 박상준(일억)에게 받을 돈이 있어 하종말의 형인 하종원이 알아보고 있다면서 기다리라고 했다. 나는 하종원에게 연락해서 그런 일이 있냐고 묻자 하종원은 알아보고 있다 조금만 기다리라고 했다.

이후 2008년 말부터 미국의 하종말이 연락이 잘 되지 않기 시작 하였다. 나는 2009년 2월 2일 하종말을 만나러 미국에 갔다. 하지만 하종말과 윤정선은 라스베가스에서 다른 지역으로 도망을 가고 없었다. 그 당시 나는 호프 권이라는 플랭닝 허리우드 호텔의 호스트를 만나서 내가 하종말과 윤정선에게 지금까지 완벽하게 속았다는 사실을 알게 되었다.

하종말, 윤정선은 이성림이 래드망고 사업을 시작 할 무렵 완전 빈 털털이 거지로 미국 라스베가스로 불법으로 들어 와서 있을 때 호프 권이 도와주어 호프 권일을 도와주면서 생활하고 있었다고 한다. 이 시기에 하종말은 이성림이 래드망고 사업을 준비 중이라 사업자본금을 사기 치기 위하여 이성림에게 의도적으로 접근 한 것으로 안다. 하종말과 윤정선은 부부도 아니고 나와 이성림 말고도 사기 피해자들이 더 있다는 내용과 하종말과 윤정선은 그 당시 미국 라스베가스 검찰에서 수배 중이라는 사실 등 많은 사실을 알게 되었다.

내 연락을 받지 않아 호프권이 나와 이성림이 있는 자리에서 하종말에게 전화를 하자 그 호프 권의 전화를 윤정선이 받았고 하종말을 바꿔달라고 하니 하종말은 돈 받으러 캐나다에 갔다고 하면서 연락을 피하고 있었다. 윤정선은 당시 하종말과 뉴욕에 함께 있으면서 시애틀에 있다는 거짓말을 했다.(나중에 안 사실이지만 하종말은 미국에서 불법 체류자로 캐나다를 갈 수 없었던 것으로 안다.)

또한 호프 권은 얼마 전에 윤정선의 통장에 80만 불이 넘는 돈이 있었는데 그 돈을 한국에 하종원에게 보낸 것으로 안다고 하여 나는 바로 한국으로 하종원을 만나러 왔다. 하종원은 나와의 만남에서 자기도 동생 부부와 연락이 되지 않는 다면서 모든 죄를 동생부부에게 돌리고 자기도 피해자라고 책임을 전가하기 시작했다. 나는 계속 하종원에게 당신과 당신 동생이 꾸민 일이니 책임지라고 계속 연락을 하고 있던 중에 이성림을 통해 미국 검찰에서 이성림과 나를 만나고 싶다는 연락이 왔다.

나는 2009년4월6일 라스베가스 검찰과 미팅을 위해 미국을 들어갔고 그 미팅에서 나는 하종말이 정말 사기꾼이라는 사실을 또 한번 알았고 미국 검사는 자신들이 꼭 내 돈을 찾아주겠다고 약속을 하였다. 나도 내가 알고 있는 사실을 모두 이야기 해 주었다.

하종말에게 피해를 본 사람들은 여러 명인데 나 같이 현금보관증이라도 받은 사람은 한 명도 없다면서 하종말을 잡는데 협조를 나에게 부탁 하였다. 그리고 우리는 하종말과 윤정선을 잡기 위해 이성림이 아는 지인을 통해 하종말에게 연락을 한 후 오십만 불을 투자한다면서 만날 것을 제안 하였다. 역시 하종말과 윤정선은 그 것이 함정이라는 사실을 모르고 또 사기를 치기 위해 뉴욕에서 2009년4월경에 이성림에게 잡혔다. 하지만 이성림은 그들을 미행하여 집을 알기 위해 그 들을 놓아 주었다가 그들을 놓쳤다고 한다.

하종말을 찾기 위하여 하종원의 집을 방문한 적이 있는데 당시 하종원 신용카드사용 내역서 에서 하종원의 신용카드를 미국에서 하종말이 사용하고 있다는 사실을 알았다. 그 카드 내역을 보면서 하종말이 미국 뉴저지 주 주위에 산다는 사실을 알았다. 카드사용내용은 주로 뉴저지 주 골프장이나 가구점에서 사용하였기에 찾을 수 있었다. 하종말은 도망을 다니면서도 골프를 치고 놀면서 도망을 다니고 있었던 것이다. 하종말은 불법 체류자이 기 때문에 본인 신용카드가 없고 윤정선의 카드는 미국 검찰에 걸릴 것을 생각해 하종원의 카드를 사용하고 있었던 것이다. 이러한 점을 살펴볼 때 하종말, 하종원이 공모한 것이 틀림이 없다.

피의자 하종원은 생활이 힘들다고 엄살을 부렸으나, 그 당시 매일 골프 연습장을 오가면서 시간을 보내고 있었다. 용인시 기흥구 보정동에 위치한

로얄듀크 아파트도 보증금이 없어 월 ₩1,500,000원에 월세로 산다고 하였다. (나중에 알았지만 그 아파트는 하종원의 여자 친구인 박득순의 집으로 되어 있었다.)

현재 하종말을 도피생활 중에 있으며, 2009년 5월에 하용재로 개명한 것으로 알고 있다. 하종말과 윤정선은 전화번호도 결번으로 나오는 등 연락두절 상태이다. 고소인은 하종원을 찾던 중 하종원의 여자친구 집인 분당구 탑마을 아파트에서 하종원을 만났는데 자기 명의의 차(체어맨)도 처분하고 여자 친구인 박득순 명의의 차(크라이스러 C300)로 대차하고 지내고 있었다.

미국 라스베가스 검사와 2009년4월 경에 만나고 이성림으로부터 연락이 왔다. 내가 한 번 더 왔으면 한다는 연락이 미국 검사로부터 왔다는 것이다. 하지만 나는 금전적으로 힘들어 미국에 못 가게 되었고 대신 한국에 미국 대사관에서 진술협조를 하기로 하였다.

고소인은 몇 차례 한국경찰에 고소를 하려고 했는데 미국 검사가 자기를 믿고 고소를 하지 말라고 하여 현재까지 기다리고 있었다. 내가 가지고 있던 서류(현금보관증 포함)원본도 현재 미국검사가 가지고 있다.

나는 하종원과 만날 때 녹취한 기록도 가지고 있다. 녹취 내용에서 하종원은 자기는 동생인 하종말의 부탁으로 한국에서 몇 십억을 전달하고 받아주는 심부름만 한 것이지 자기는 이 일과 무관하다고 이야기 한다.

나에게 직접 전달한 돈의 출처를 알려 달라하면 그 누군가에게 전달만 하였지 그가 누구인지는 모른다고 한다. 틀림없이 두 형제가 같이 일을 하였는데 하종원은 동생에게 모든 것을 미루고 있다. 하종원은 나와 이성림에게 하종말을 만나게 해주고 자기의 결백을 증명하고 만남 주선을 못 해줄 경우 모든 채무를 하종원 본인이 갚겠다는 공증서를 작성 해주었다. 하지만 이후 하종원은 우리와 미국을 같이 가기로 하고서는 하종원 본인 혼자 몰래 미국을 다녀 온 이후 집에도 들어가지 않고 한동안 분당구 탑마을 박득순의 집에서 머물고 있었다. 이후 미국 내 하종말과 윤정선의 휴대폰도 없는 번호가 되었다.

또한 맨 마지막에 사억 원을 전달 할 때는 하종말이 나에게 직접 전화로 잔디로 매장에 전달하라고 연락이 왔는데 나중에 경찰 조사에서 나온 내용

으로는 그 돈을 전달 할 때도 하종원과 그 여자 친구인 박득순이 연루되어 있다고 한다.(잔디로 매장의 사장과 박득순이 친구 사이였다)

이성림은 박득순의 계좌로 여러 차례 입금한 내역도 있다고 들었다. 위와 같이 이 사건에 박득순도 깊이 관여 되어있으므로 박득순도 철저히 수사하여 주시기 바랍니다.

이상과 같이 피고소인들의 범죄사실에 대하여 고소를 하니 부디 피고소인들의 극악한 범죄행위를 철저히 수사하여 죄가 인정되면 엄히 처벌하여 저와 같이 피고소인의 악랄한 행위로 고통 받는 사람이 없게 하여 주시고 공정한 사회가 될 수 있도록 해 주십시오.

증거서류

1. 현금 보관증(하종말 작성 2종류)
2. 녹취서(하종원)
3. 공증서(하종원)
4. 확인서(하종원)
5. 미국소재 변호사 공증 서류(번역본)

2011.   4.   .

위 고소인  이 병 길  (인)

# 수원지방검찰청 검사장 귀중