# EXHIBIT 2-B

# EXHIBIT 2-B

# 錄取書

| | |
|---|---|
| 錄音日時 | 2009년 9월 경 |
| 錄音場所 | 분당 탑마을 선경아파트 단지 내 |
| 對話者 | 허종원 / 이병길(의뢰인) |
| 飜文日時 | 2011년  4월  25일 |

◎ 이 記錄은 음원파일, 음원CD 및 錄音테이프의 內容과 相違 없음을 證明함.

◎ 본 녹취록의 시간, 장소, 인명, 기일부 고유명사는 의뢰자의 증언에 의거한 것입니다.

◎ 본 녹취록의 음원파일, 음원CD 및 錄音테이프는 당사자가 보관하며 음원파일, 음원CD 및 錄音테이프 분실시에는 본 녹취록은 무효입니다.

速記士  노신임

註 :  "( . . . )"은 聽取 不可能 부분임.

민의 법률녹취기사무소   Tel 595-0171
                      Fax 595-0172

법정증거자료(녹취), 주주총회 및 임시주총, 이사회의록, 재건축·재개발총회, 세미나, 공청회, 포럼 디스커션

밀알 컴퓨터속기사무소
www.bestsokgi.co.kr

## 대 화 내 용

■ 녹음일시 : 2009년 9월경
■ 녹음장소 : 분당 탑마을 선경아파트 단지 내
■ 대 화 자 : 하종원 / 이병길(의뢰인)

(19분 52초)

이병길 : 여기도 뭐, 앉을 데도 없네요?

하종원 : ....

이병길 : 뭐, 앉을 데도 없네, 여기도.

하종원 : 그, 저, 방법은,

이병길 : 하- 뭐, 어떠, 어떻게 해야 돼요? 아유, 참.

하종원 : 동생을 찾는 방법밖에 없거든.

이병길 : 어떻게, 어떻게 찾을 수 있는 거예요?

하종원 : 그러니까 내가 지금 저걸 해 놓고 왔잖아.

이병길 : 예.

하종원 : 지난번에 들어갔잖아. 20일 날,

이병길 : 아, 같이 들어가시기로 해놓고 왜 혼자 들어가세요?

하종원 : 겁을 잔뜩 먹어가지고, 어느 날 갑자기 전화를 딱 끊어버린 거야.

이병길 : 왜 갑자기 겁을 먹어요?

하종원 : 내가 들어가겠다 하니까,



- 1 -

법정증거자료(녹취), 주주총회 및 임시주총, 이사회의록, 재건축·재개발총회, 세미나, 공청회, 포럼 디스커션

이병길 : 참나. 아니, 근데 아니, 그래도 사장님, 나는 갑갑한 게, 아휴. 그래도 우리,

하종원 : 나, 나는, 응? 내가 더 아무데나 전화를 못하고 전화를 못 받는 이유가 그, 저, 그 친구들 있잖아.

이병길 : 누구요?

하종원 : 뭐, 저, 저, 그 회장.

이병길 : 예.

하종원 : 거기 때문에 내가 겁이 나서, 내 친구하고 그래서 내 자살할라 그랬어.

이병길 : 어떤 친구하고 자살을 해요?

하종원 : 그 친구가, 내가 친구한테 내 저, 저, 이것 때문에 내가 친구한테, 못 살겠다, 내 자살하겠다. 응?

이병길 : 예.

하종원 : 내가 돈도 한번 안 쓰고 내가 이거 무슨 꼴이냐.

이병길 : 아, 돈을, 막말로 우리 입장에서는 선생님이 돈을 썼는지 안 썼는지, 제가 2007년이에요, 벌써. 2007년 10월 26일 날 사장님 9천만 원 드렸지요? 7억 9천이란 돈이 갔는데, 예?

하종원 : 그런데 어, 어,

이병길 : 얼마, 아, 얼마야? 7억 9천, 한 10억 가까이 되지요?

하종원 : 아니, 내가 딱 거기서 현금 받은 게 딱 7억 9천 받았어.

이병길 : 7억 9천이에요?

하종원 : 응. 그래 가지고 그 다음 날 1억 줬고,

이병길 : 그런데 1억이야 그거는 저기한테 준 것, 저기가 그, 하 사장이 따로 준 것 아니에요?

하종원 : 뭐, 어찌, 뭐,

- 2 -

이병길 : 그러니까 보, 자, 보세요. 아니, 사장님한테 그래. 얼마, 7억 9천이요?

하종원 : 응.

이병길 : 7억 9천? 7억 9천이지요?

하종원 : 응.

이병길 : 거기에 또 그, 저, 누구야? 나머지 또 10억 넘는 돈이 또 그리로 갔잖아요. 저는 지금,

하종원 : 아, 그러니까, 그러니까 내가 이병길 씨한테 이야기하는 거는 내가 아는 내용은 7억 9천에서 1억 돌려주라 해서 돌려주고, 6억 9천 남아있는 걸로 알고 있고, 그 다음에 두 사람이 거래된 금액은 내가 정확하니 모르잖아.

근데 다 좋다 이거지. 문제는 동생을 잡아야 되잖아.

이병길 : 아니, 하 사장도 .... 저, 미국에, 응? 내, 무슨 호텔 납품 건, 응? 납품 건으로 납품을 하자 해놓고는, 응? 그걸로 인해서 사람 돈 다 울궈먹고, 예? 아휴.

하종원 : 그러니까 그런 내용을 내가 모르고,

이병길 : 아, 사장님이 왜 모르세요? 사장님도 다 같이 하셔놓고는,

하종원 : 아니지. 내가 이병길 씨 제일 처음 만날 때,

이병길 : 에이, 사장님. 그거, 그거를 누구한테 물어보세요.

하종원 : 아, 그러니까,

이병길 : 그걸 누가 믿나. 아, 돈을, 돈을 다 갖다드리고, 예?

하종원 : 아, 그러니까, 그러니까 내 이야기는 "형님, 경기고등학교 앞에 가서 이 사람을 만나면 돈을 9천만 원 줄 거니까 받아가지고, 응? 어, 누구한테 전해 주시오."

이병길 : 근데 그거는 사장님, 저희가 알 수 없는 게,

하종원 : 그러니까, 그러니까 내 얘기,



이병길 : 아니, 잠깐만요, 사장님. 7억 9천이 갔어요. 그렇지요?

하종원 : 응.

이병길 : 그것 인정하시잖아요?

하종원 : 응.

이병길 : 그런데 7억 9천이 가서 누구한테 전해 줬는지, 안 전해 줬는지 저희는 알, 제가 알 길이 없잖아요.

하종원 : 아, 그러니까 내 이야기는 그 후에, 미국에 몇 번, 내가 동생을 몇 번 만났지. 응? 응?

이병길 : 그렇지요, 예, 예.

하종원 : 그러면 돈을 전해 준 사람이 형님한테 돈 받았소, 안 받았소, 안 물어봤소?

이병길 : 아, 물어보시겠지요.

하종원 : 아니, 이병길 씨가 안 물어봤냐고.

이병길 : 아유, 그거야 제가 물어보든 어쨌든 저기, 사장님하고 둘이 말을 다 맞춰 놓으면,

하종원 : 아이,

이병길 : 그리고 둘이 같이 한 걸 내가 어떻게 알아요? 예?

하종원 : 그거, 그거는, 그, 이병길 씨 이야기, 내, 잘 들으세요. 7억 9천을 나한테 일시에 주시면 그게 돼요.

이병길 : 예, 예.

하종원 : 일시에 준 게 아니고,

이병길 : 나눠서 드렸지요, 한 서너 차례. 예.

하종원 : 나눠서, 예, 줬는데, 예를 들어 한 번이라도 내가 자금 빵꾸를 냈으면,

이병길 : 그것, 사장님 다 현찰로 갔다 드리고, 예?

- 4 -

하종원 : 아, 그것 내 이야기 들어봐. 한 번이라도 자금 땡구를 냈으면 동생 성질에 그냥 있어요?

이병길 : 아니, 그러니까 그거를요, 사장님끼리 그거를 말씀하시, 그거는 사장님 말씀이잖아요.

하종원 : 그러니까, 그러니까 내 얘기가 아니라,

이병길 : 아, 그러니까 저는요, 사장님이 7억 9천을 받으셨잖아요.

하종원 : 응.

이병길 : 그러면, 그러면 하 사장한테 내가 10억 넘게 준 거는 하 사장하고 해결을 하고,

하종원 : 응.

이병길 : 사장님은 7억 9천을 어떻게 하실 거냐는 얘기지요.

하종원 : 응. 나는 그거 동생한테 다 줬으니까,

이병길 : 아이, 그거는,

하종원 : 나, 나, 그러면 이병길 씨가 내가 안 줬다는 증거,

이병길 : 그러니까, 그러면 그, 저기를 만, 어떻게든 만나자고요. 사장님이 연락 안 되신다고 나한테다 거짓말하고,

하종원 : 아이,

이병길 : 나중에 내가 그, 통화기록 떼, 떼자니까 그때 제수씨하고는 연락이 된다 그러시고,

하종원 : 아, 그,

이병길 : 미국도 같이 가자고 해놓고 혼자 갔다 오시고,

하종원 : 아, 그러니까 내 이야기를 잘 들어보세요. 지금은 전혀 통화가 안 되니까, 응? 7월 이후에는 전혀 통화 안 돼요, 7월 중순 이후에는. 응? 내가 7월 18일 날인가 들어갔거든? 들어가서 7월 20일인가부터 정확하게, 7월 18, 18일, 내가 7월 17일 날 갔나? 그러면 7월 16일 통화하고 통화가 그 다음부터는 안 돼. 계속 메시지를 남겨도 안 돼. 내가 미국 가

- 5 -



이병길 : 나한테 왜 그런 얘기를 하면서 그 사람을 소개시켜 주는 거예요?

하종원 : 그 사람은 모르겠고,

이병길 : ....

하종원 : 아니, 아니, .... 누가 애로사항이 있나,

이병길 : 아니, 그래서 그분을 나한테 왜, 왜 소개시켰는지 모르겠어요. 만나면 순 깡패 얘기만 하고,

하종원 : 그래서 그때는 이병길 씨하고 같이 해서 그, 저, 백민씨

이병길 : 아이, 그거는,

하종원 : 그 돈 찾을라고, 응? 저걸 했던 거고, 그때 이제 내, 그때 이제 그, 내 친구 .... 이병길 씨가 내한테 신나통 들고 왔을 때 내 그 친구한테 이야기를 안 했어.

이병길 : 그거는 오히려 저, 저, 죽고 싶었어요, 진짜.

하종원 : 아, 내 이야기를 들어 봐.

이병길 : 내가 신나통을 왜 가지고 와요? 나 죽,

하종원 : 아, 그러니까,

이병길 : 그리고 무슨, 내가 뭔 신나통을,

하종원 : 아, 내 이야기 들어 봐. 그 후에 이성림 씨하고 와서 합의서 공증했잖아?

이병길 : 예, 예.

하종원 : 그리고 나서,

이병길 : 아, 공중 써 주고 사장님이 다 인정하신 것 아니에요? 그리고 만나서 거기에 책임 다 진다고 하셨잖아요?

하종원 : 만나서, 내가 그 내용 분명히 그리 써 놨잖아. 만나서,

이병길 : 예.

- 8 -

하종원 : 이병길 씨나 이성림 씨가 의심하듯이 그 돈을 내가 한국에서 가지고 있다는 게,

이병길 : 예.

하종원 : 단 10원이라도 가지고 있다는 게 나타날 때는 내가 책임을 지겠다.

이병길 : 아니지요. 안 나타날 때, 받았다는 증거가 없을 때 책임진다 그랬지요.

하종원 : 그 동생, 그러니까 동생이 안 받고, 받은 증거가 없고, 삼자대면해서 동생이 돈 안 받았다고 오리발 밀었을 때 내가 책임지는 것 아니냐 이거야.

이병길 : 아니, 거기는 틀림없이 사장님이 책임지시고 받았다는 증거가 없으면, 예?

하종원 : 뭘 받았다는 증거,

이병길 : 사장님이 돈을 받았다는 증거, 저는 근데 그거는 얘기하고 싶지 않고요.

하종원 : 예. 그래서,

이병길 : 예. 사장님한테 7억 9천을 제가 드린 것 그 부분을 어떻게 해결해 주실 건지 그것만 말씀해 주시면 돼요, 그럼.

하종원 : 그러니까 일단 나는 100% 동생을 다 줬어.

이병길 : 아이, 그건,

하종원 : 그러니까 그걸 이병길 씨가 못 믿겠으면,

이병길 : 예.

하종원 : 지금 해결할 수 있는 방법은 법으로 해결할 수밖에 없잖아.

이병길 : 예. 법이요?

하종원 : 응. 안 그러면 해결될 방법이 없잖아. 왜냐 하면 경찰에서 내가 그 당시, 저, 검찰에서 그 때 그 건으로 .... 조사를 다 했어.

이병길 : 아니, 사장님, 그, 사장님이, 응? 한두 푼을, 아, 하 사장님하고 같이, 동생하고 같이,

법정증거자료(녹취), 주주총회 및 임시주총, 이사회의록, 재건축·재개발총회, 세미나, 공청회, 포럼 디스커션

밀알 컴퓨터속기사무소 www.bestsokgi.co.kr

났으니까, 응? 10원이라도 감춰놓은 게 없으니까 내한테 할 수 있는 방법 다 취해봐라 이거야.

이병길 : 아, 그, 그리고 그거는 사장님, 막말로 사장님이 앞으로 해 놨겠어요, 해 놨으면? 아이고, 저기,

하종원 : 아, 그러니까,

이병길 : 저, 제가 그렇게 바보에요? 그리고,

하종원 : 그러니까,

이병길 : 그렇게까지야 뭐, 그렇게까지 하려고 하는 게 아니잖아요.

하종원 : 아, 그러니까 나도 뭐야, 이병길 씨, 차라리 내가 감춰놓는 돈이 몇 억이라도 있으면 내놓고 "우리 동생이 잘못한 것은 잘못한 거고, 이만치라도 있으니 이것 가지고 어떻게 처리합시다." 하고 주, 주겠다,

이병길 : 왜요, 또. 박기철 사장님이에요?

하종원 : 저, 박기철, 박기철이,

이병길 : 예?

하종원 : 기철이 여자친구고요.

이병길 : 아, 박기철, 하- 아무튼 사장님, 어떻게든 일을 해결하게 해 주세요. 저 진짜,

하종원 : 그러니까 해결을 할라 하니까,

이병길 : 예.

하종원 : 내가 지난번에 갔을 때 내가 내 동생을,

이병길 : 예.

하종원 : 왜냐, .... 강제로 출국 당하잖아. 응? 고발해놓고 ....

- 13 -

이병길 : 아니, 사장님, 생각을 해 보세요.

하종원 : 그러니까,

이병길 : 내가 이때까지 참다가,

하종원 : 알아서 하고,

이병길 : 예? 이때까지 참다, 아니, 얘기 들어 보세요. 이때, 이때 참다가 오늘 가서 내가 전화번호만 좀 알려 달라.

하종원 : 예.

이병길 : 예. 전화 좀 해 줘라. 모른다 그래서 해 줘라.

하종원 : 예.

이병길 : 예? 그래서 알았어요. 그래서 통화 돼서 지금 만난 것 아니에요?

하종원 : 예, 예.

이병길 : 나는 다 필요 없고 사장님이 나한테, 응?

하종원 : 응.

이병길 : 아니, 수십억 환치기 한 것 몰라요, 사장님이 하신 것. 예?

하종원 : 응, 응.

이병길 : 아시잖아요. 저번에 나한테 했다매요? 예?

하종원 : 응.

이병길 : 그런데 그건 모르겠어요.

하종원 : 심부름만 해 준 거야.

이병길 : 그러니까 심부름을 했든 뭐 했든,

하종원 : 응.

- 16 -

이병길 : 그 중에 내 돈이, 응? 어, 섞여서, 얼마? 7억 9천, 난, 나는 7억 9천 넘어, 10억이 넘잖아요. 18억이에요, 18억. 이성림 사장님 것까지 우리 지금 돈이 얼마인지 아세요? 26억이 넘잖아. 사장님이 .... 달러로 2백, 263만 불이에요. 예?

하종원 : 그런데,

이병길 : 그 돈 중에, 예. 그 돈 중에 사장님이 환치기를 해서 .... 보내줬는지 안 보내줬는지 나는 그건 알지 못하잖아요.

하종원 : ....

이병길 : 사장님이 받으신 돈이 얼마냐는 거지요. 예?

하종원 : 그런데, 그래서 내가, 내가 돈을 이병길 사장한테 직접 받은 7억 9천 이외에는,

이병길 : 예.

하종원 : 돈이 무슨 돈인지는 나는 몰라. 입금되면,

이병길 : 아, 입금됐는지 어쨌는지 그거는 제가,

하종원 : 아, 통장에 입금되는 것만 내가 해 줬지, 현금으로 받은 건 없어.

이병길 : 저한테 왜 현금으로 안 받아요?

하종원 : 아니, 7억 9천 이외에 하잖아. 7억 9천은 거기서 현금을 받고,

이병길 : 예.

하종원 : 거기서 1억을 내가, 주라 해서 줬고, 현금으로.

이병길 : 예.

하종원 : 그 이외에는 전부 내가 현금 받은 데가 없어. 그러면 통장으로 들어오면 통장으로 내가 보내주고 그랬지.

이병길 : 예, 알겠습니다.

- 17 -



법정증거자료(녹취), 주주총회 및 임시주총, 이사회의록, 재건축·재개발총회, 세미나, 공청회, 포럼 디스커션



| 상 호 | 밀알컴퓨터속기사무소 | 수 | 한글컴퓨터속기1급 |
|---|---|---|---|
| 사업자등록번호 | 214 - 90 - 51768 | 자격번호 | 제00-G1-000004호 |
| 사업장 소재지 | 서울 서초구 서초동 1699-3 신한국빌딩 B1 | | |
| 종 목 | 속 기(녹취록) | 컴퓨터속기사 | 노 신 임 |

- 19 -