DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada State Bar No. 1925
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> $337,400.00 IN UNITED STATES CURRENCY, ) <br> ) <br> Defendant. ) | 2:09-CV-539-JCM-(GWF) |

**UNITED STATES OF AMERICA'S UNOPPOSED MOTION TO STRIKE THE COMPUTER GENERATED DISCOVERY PLAN/SCHEDULING ORDER DUE BY SEPTEMBER 16, 2013, FROM THE NOTICE OF ELECTRONIC FILING IN ECF NO. 17**

The United States of America ("United States"), by and through Daniel G. Bogden, United States Attorney for the District of Nevada, and Daniel D. Hollingsworth, Assistant United States Attorney, respectfully moves this Honorable Court for an Order striking the Computer Generated Discovery Plan/Scheduling Order due by September 16, 2013, from the Notice Of Electronic Filing in ECF No. 17. Answer to Complaint (ECF No. 7) in Forfeiture.

The basis is as follows. Fed. R. Civ. P. 16(b) authorizes exemption of Discovery Plan/Scheduling Order under local rules. A civil forfeiture in rem action is exempt from a Discovery Plan/Scheduling Order under LR 16-1. "[I]n forfeiture…actions, no discovery plan is required." LR 16-1.

On August 8, 2013, the United States contacted James Kwon, attorney for JONG MAL HA. He agrees with and joins in this Motion. This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

DATED this 9th day of August, 2013.

DANIEL G. BOGDEN
United States Attorney

/s/Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

GEORGE FOLEY, JR.
United States Magistrate Judge

DATED: August 12, 2013

**PROOF OF SERVICE**

I, Heidi L. Skillin, Forfeiture Support Associate Paralegal, certify that the following individual was served with a copy of the foregoing Motion on August 9, 2013, by the below identified method of service:

<u>CM/ECF:</u>

James W. Kwon
8925 West Post Road, Suite 120
Las Vegas, NV 89148
Jkwon@jwklawfirm.com
*Counsel for Claimant Jong Mal Ha*

Frank M. Flansburg, III
10001 Park Run Drive
Las Vegas, NV 89145
Fmf@maclaw.com
*Counsel for Byung Kil Lee*

          HeidiL.Skillin
          HEIDI L. SKILLIN
          Forfeiture Support Associates Paralegal