1  DANIEL G. BOGDEN
   United States Attorney
2  Nevada State Bar No. 2137
   DANIEL D. HOLLINGSWORTH
3  Assistant United States Attorney
   Nevada State Bar No. 1925
4  Lloyd D. George United States Courthouse
   333 Las Vegas Boulevard South, Suite 5000
5  Las Vegas, Nevada 89101
   Telephone: (702) 388-6336
6  Facsimile: (702) 388-6787
   Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) 2:09-CV-539-JCM-(GWF) |
| $337,400.00 IN UNITED STATES CURRENCY, | ) |
| Defendant. | ) |

**SETTLEMENT AGREEMENT WITHDRAWING CLAIM AND FORFEITING THE $337,400.00 IN UNITED STATES CURRENCY AS TO JONG MAL HA ALSO KNOWN AS YOUNG JAE HA AND ORDER**

The United States of America ("United States"), by and through Daniel G. Bogden, United States Attorney for the District of Nevada, and Daniel D. Hollingsworth, Assistant United States Attorney, and Jong Mal Ha aka Young Jae Ha, agree as follows:

1. This case is a civil forfeiture action seeking to forfeit $337,400.00 in United States Currency under 18 U.S.C. § 981(a)(1)(A), 18 U.S.C. § 981(a)(1)(C), and 31 U.S.C. § 5317(c)(2).

2. Jong Mal Ha aka Young Jae Ha knowingly and voluntarily withdraws his Claim and his Answer in this case with this Settlement Agreement.

///

3.  Jong Mal Ha aka Young Jae Ha knowingly and voluntarily agrees to the civil judicial forfeiture of the $337,400.00 in United States Currency.

4.  Jong Mal Ha aka Young Jae Ha knowingly and voluntarily agrees to forfeit the $337,400.00 in United States Currency to the United States.

5.  Jong Mal Ha aka Young Jae Ha knowingly and voluntarily agrees to relinquish all right, title, and interest in the $337,400.00 in United States Currency.

6.  Jong Mal Ha aka Young Jae Ha knowingly and voluntarily agrees to waive his right to any civil judicial forfeiture proceedings ("proceedings") concerning the $337,400.00 in United States Currency

7.  Jong Mal Ha aka Young Jae Ha knowingly and voluntarily agrees to waive service of process of any and all documents filed in this action or any proceedings concerning the $337,400.00 in United States Currency arising from the facts and circumstances of this case.

8.  Jong Mal Ha aka Young Jae Ha knowingly and voluntarily agree to waive any further notice to him, his agent, or his attorney regarding the forfeiture and disposition of the $337,400.00 in United States Currency.

9.  Jong Mal Ha aka Young Jae Ha knowingly and voluntarily agrees not to file any further claim, answer, petition, or other documents in any proceedings concerning the $337,400.00 in United States Currency.

10.  Jong Mal Ha aka Young Jae Ha knowingly and voluntarily agrees to waive the statute of limitations, the CAFRA requirements, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions A, C, E, and G, 18 U.S.C. § 983, the constitutional requirements, and the constitutional due process requirements of any forfeiture proceedings concerning the $337,400.00 in United States Currency.

11.  Jong Mal Ha aka Young Jae Ha knowingly and voluntarily agrees to waive his right to a trial on the forfeiture of the $337,400.00 in United States Currency.

/ / /

12. Jong Mal Ha aka Young Jae Ha knowingly and voluntarily agrees to waive (a) all constitutional, legal, and equitable defenses to, (b) any constitutional or statutory double jeopardy defense or claim concerning, and (c) any claim or defense under the Eighth Amendment to the United States Constitution, including, but not limited to, any claim or defense of excessive fines or cruel and unusual punishments in any proceedings concerning the $337,400.00 in United States Currency.

13. Jong Mal Ha aka Young Jae Ha knowingly and voluntarily agrees to the entry of a Judgment of Forfeiture of the $337,400.00 in United States Currency to the United States.

14. Jong Mal Ha aka Young Jae Ha understand that the forfeiture of the $337,400.00 in United States Currency shall not be treated as satisfaction of any assessment, restitution, fine, cost of imprisonment, or any other penalty that may be imposed on Jong Mal Ha aka Young Jae Ha in addition to forfeiture.

15. Jong Mal Ha aka Young Jae Ha knowingly and voluntarily agrees to the conditions in this Settlement Agreement.

16. Jong Mal Ha aka Young Jae Ha knowingly and voluntarily agrees to hold harmless the United States, the United States Department of Justice, the United States Attorney's Office for the District of Nevada, the United States Department of Homeland Security, the Drug Enforcement Administration, the Department of the United States Treasury, their agencies, their agents, and their employees from any claim made by Jong Mal Ha aka Young Jae Ha or any third party arising out of the facts and circumstances of this case.

17. Jong Mal Ha aka Young Jae Ha knowingly and voluntarily releases and forever discharges the United States, the United States Department of Justice, the United States Attorney's Office for the District of Nevada, the United States Department of Homeland Security, the Drug Enforcement Administration, the Department of the United States Treasury, their agencies, their agents, and their employees from any and all claims, rights, or causes of action of any kind that Jong Mal Ha aka Young Jae Ha now have or may hereafter have on account of, or in any way growing out of, the seizures and the

/ / /

forfeitures of the property in the abandonment, the civil administrative forfeitures, the civil judicial forfeitures, and the criminal forfeitures.

18.  Each party acknowledges and warrants that its execution of the Settlement Agreement is free and is voluntary.

19.  The Settlement Agreement contains the entire agreement between the parties.

20.  Except as expressly stated in the Settlement Agreement, no party, officer, agent, employee, representative, or attorney has made any statement or representation to any other party, person, or entity regarding any fact relied upon in entering into the Settlement Agreement, and no party, officer, agent, employee, representative, or attorney relies on such statement or representation in executing the Settlement Agreement.

21.  The persons signing the Settlement Agreement warrant and represent that they have full authority to execute the Settlement Agreement and to bind the persons and/or entities, on whose behalf they are signing, to the terms of the Settlement Agreement.

22.  This Settlement Agreement shall be construed and interpreted according to federal forfeiture law and federal common law.  The jurisdiction and the venue for any dispute related to, and/or arising from, this Settlement Agreement is the unofficial Southern Division of the United States District Court for the District of Nevada, located in Las Vegas, Nevada.

23.  Each party shall bear his or its own attorneys' fees, expenses, costs, and interest.

24.  This Settlement Agreement shall not be construed more strictly against one party than against the other merely by virtue of the fact that it may have been prepared primarily by counsel for one of the parties; it being recognized that both parties have contributed substantially and materially to the preparation of this Settlement Agreement.

/ / /

/ / /

/ / /

/ / /

1       IT IS HEREBY CERTIFIED, pursuant to 28 U.S.C. § 2465(a)(2), that there was reasonable cause
2 for the seizure and forfeiture of the $337,400.00 in United States Currency.

3 DATED: 01/21/15            DATED: _____

4 _____        DANIEL G. BOGDEN
5 JONG MAL HA aka YOUNG JAE HA    United States Attorney

6
                                          _____
7                                           DANIEL D. HOLLINGSWORTH
                                          Assistant United States Attorney

8

9

10

11                               IT IS SO ORDERED:

12

13

14

15                               UNITED STATES DISTRICT JUDGE

16                               DATED: _____

17

18

19

20

21

22

23

24

25

26

1  IT IS HEREBY CERTIFIED, pursuant to 28 U.S.C. § 2465(a)(2), that there was reasonable cause for the seizure and forfeiture of the $337,400.00 in United States Currency.

DATED: _____          DATED:   January 26, 2015

                                        DANIEL G. BOGDEN
                                        United States Attorney

_____
JONG MAL HA aka YOUNG JAE HA

                                        /s/Daniel D. Hollingsworth
                                        DANIEL D. HOLLINGSWORTH
                                        Assistant United States Attorney


IT IS SO ORDERED:


_____
UNITED STATES DISTRICT JUDGE
DATED:   January 29, 2015

5